UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KHAN WALI RAHMANI | Honorable Douglas E. Arpert<br><br>Mag. No. MJ22-6004 (DEA)<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Vincent D. Romano, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain Defendant Khan Wali Rahmani (Benjamin West, Esq., appearing) without bail pending trial in the above-entitled matter because the Defendant poses a danger to the community and a risk of flight; the Defendant having consented to detention while reserving the right to petition the Court for release at a later date; and for good cause shown:

IT IS, therefore, on this 10th day of January, 2022,

ORDERED that the motion of the United States for orders detaining Defendant Khan Wali Rahmani without bail pending trial is hereby GRANTED, and the Defendant is hereby ORDERED DETAINED. The Defendant, by and through counsel, reserved the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that Defendant Khan Wali Rahmani be committed to the custody of the Attorney General or his authorized

representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that Defendant Khan Wali Rahmani be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that Defendant Khan Wali Rahmani be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, Defendant Khan Wali Rahmani shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge