# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. MJ22-6004 (DEA) |
| | : | |
| KHAN WALI RAHMANI | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Vincent D. Romano, Assistant United States Attorney, appearing), and defendant Khan Wali Rahmani (by Benjamin West, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through August 25, 2022 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to negotiate a plea agreement; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and that this being the third request for a continuance in this matter; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant seek additional time to achieve successful resolution

2

of these negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 21st day of July 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through August 25, 2022; and it is further

ORDERED that the period from the date this Order is signed through August 25, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*Vincent D. Romano*

Vincent D. Romano
Assistant U.S. Attorney

 s/ Benjamin West

Benjamin West, Esq.
Counsel for Defendant