AO 245B (Mod. D/NJ 12/06) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

**CASE NUMBER   3:22-MJ-06004-DEA-1**

KAHN WALI RAHMANI

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, KAHN WALI RAHMANI, was represented by Benjamin West, AFPD.

The defendant pleaded guilty to count 1 of the INFORMATION on 11/22/2022.    Accordingly, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number |
|---|---|---|---|
| 18:113(A)(5) AND 7(3) | ASSAULT (MARITIME) | 12/14/2021 | 1 |

As pronounced on November 22, 2022, the defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this  1st  day of December, 2022.

_____
Douglas E. Arpert
United States Magistrate Judge

AO 245B (Mod. D/NJ 12/06) Sheet 2 - Imprisonment

Defendant: KAHN WALI RAHMANI
Case Number: 3:22-MJ-06004-DEA-1

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of - 6 months – defendant is released with credit for time served.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____

At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal